UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                       )<br>                    Plaintiff,             )<br>                                                       )<br>        -vs-                                        )<br>                                                       )<br>EDWARD P. COLLICOTT, SR.,       )<br>                                                       )<br>                    Defendant.          )<br>                                                       ) | NO.   CR-94-0184-WFN-1<br><br>ORDER |

Pending before the Court is the pro se Defendant's Motion for Reconsideration, filed August 4, 2006 (Ct. Rec. 168). On September 14, 2006 the Court requested that the Defendant show cause no later than October 5, 2006 with authority for his proposition that the statute of limitations was tolled in this matter. Defendant's Response to the District Court's Order to Show Cause, filed September 25, 2006 (Ct. Rec. 171), fails to provide authority for the proposition that the statute of limitations was tolled regarding the forfeiture action.

The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Reconsideration, filed August 4, 2006, **Ct. Rec. 168**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to pro se Defendant Edward P. Collicott, Sr. and to Assistant United States Attorney Joseph Harrington.

ORDER - 1

**DATED** this 3rd day of October, 2006.

10-03

                                s/ Wm. Fremming Nielsen
                                  WM. FREMMING NIELSEN
                         SENIOR UNITED STATES DISTRICT JUDGE